UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LONNIE BJORNSON,<br><br>Plaintiff,<br><br>vs.<br><br>SOO LINE RAILROAD COMPANY,<br>a Minnesota Corporation,<br>d/b/a CANADIAN PACIFIC<br>RAILWAY,<br><br>-and-<br><br>GLENWOOD HOSPITALITY, INC.,<br>d/b/a SCOTTWOOD MOTEL,<br>a Minnesota Corporation<br><br>Defendants. | Court File No. 14-CV-04596-JRT-SER<br><br>PLAINTIFF'S RULE 12(f) MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES IN DEFENDANT SOO LINE RAILROAD COMPANY'S ANSWER |

Plaintiff Lonnie Bjornson moves the Court to strike certain affirmative defenses in paragraphs 12, 14, and 15 of Defendant Soo Line Railroad Company's ("the railroad") Answer.[1] Bjornson makes this motion only after attempts to resolve the dispute informally with the railroad have proven unsuccessful.[2]

This motion is made on the grounds that the identified affirmative defenses fail as a matter of law because no set of facts presented or discovered by the railroad could limit or impair Bjornson's ability to recover full and complete relief in this case.

---

[1] ECF No. 6 ("Answer of Defendant Soo Line Railroad Company d/b/a Canadian Pacific").
[2] *See* Declaration of Christopher W. Bowman, filed contemporaneously herewith.

This motion is based on the pleadings, records, and proceedings herein, including but not necessarily limited to the Memorandum of Law and Declarations filed in connection with the Motion, and such other and further matters as may properly be brought before the Court.

                                    Respectfully submitted,

                                    YAEGER & JUNGBAUER BARRISTERS, PLC

Dated: December 17, 2014       */s/ Christopher W. Bowman*
                                    Louis Jungbauer, MN #134818
                                    Christopher W. Bowman, MN #0389933
                                    Kelly Nyquist, MN #393385
                                    2550 University Ave. W., Ste. 345N
                                    St. Paul, MN 55114
                                    Telephone: (651) 288-9500
                                    Facsimile: (651) 288-0227
                                    ljungbauer@yjblaw.com
                                    cbowman@yjblaw.com
                                    knyquist@yjblaw.com

                                    **ATTORNEYS FOR PLAINITFF**