# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LONNIE BJORNSON, ) | Court File No. 14-CV-04596-JRT-SER |
| Plaintiff, ) | |
| vs. ) | |
| SOO LINE RAILROAD COMPANY, ) a Minnesota Corporation, ) d/b/a CANADIAN PACIFIC ) RAILWAY, ) | **CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(f)(2)** |
| -and- ) | |
| GLENWOOD HOSPITALITY, INC., ) d/b/a SCOTTWOOD MOTEL, ) a Minnesota Corporation ) | |
| Defendants. ) | |

I, Christopher W. Bowman, hereby certify that the foregoing (Plaintiff's Memorandum of Law in Support of his Motion to Strike Affirmative Defenses Pursuant to Fed. R. Civ. P. 12(f)) is set in a proportional font (Times New Roman) and does not exceed 12,000 words in compliance with the LR 7.1(f) and with the type-size limit of LR 7.1(h).  There are 3,678 words (set in a proportional font) in the memorandum.  This number was taken in reliance on the word-count function of Microsoft Word 2010 when the function was applied specifically to include all text, including headings, footnotes, and quotations.

        Respectfully submitted,

        YAEGER & JUNGBAUER BARRISTERS, PLC

Dated: December 17, 2014    */s/ Christopher W. Bowman*
        Louis Jungbauer, MN #134818
        Christopher W. Bowman, MN #0389933
        Kelly Nyquist, MN #393385
        2550 University Ave. W., Ste. 345N
        St. Paul, MN 55114
        Telephone: (651) 288-9500
        Facsimile: (651) 288-0227
        ljungbauer@yjblaw.com
        cbowman@yjblaw.com
        knyquist@yjblaw.com

        **ATTORNEYS FOR PLAINITFF**